HEATON *vs.* BARTLETT & CHACE.

A plea palpably *frivolous* will be stricken out on motion, at a *special term.*

A MOTION was made in this case at a *special term* to strike out a plea as *frivolous.* It was palpably frivolous; but it was objected that a motion to strike it out could not be made at a special term; and that, even at a *general term*, the plaintiff could not have asked for judgment on account of the *frivolousness* of the plea upon a demurrer to it, unless such plea had been adjudged by the court, in some previous case, to be bad.

Mr. Justice NELSON said that such had been the practice, but the judges, upon consultation, had come to the conclusion to change it. *Sham* pleas and *false* pleas were stricken out on motion at special terms, and there was no reason why the same course should not be adopted in relation to *frivolous* pleas. He therefore granted the motion, with costs.